# DIVIDENDS REMITTED TO THE COURT #151463

Check Number 3009 Dated 12/01/10
Case Number 09-12726 - FURILLO, VERA N.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Nordstrom FSB<br>Attention: Bankruptcy Dept.<br>PO Box 6566<br>Englewood, CO 80155 | 000002 | 1,350.73 | 0.88 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Citibank - THD CONSUMER<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000003 | 2,355.95 | 1.52 |
| Dell Financial Services LLC<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | 000007 | 2,224.82 | 1.44 |
| CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | 000008 | 6,652.71 | 4.31 |
| Southwest Orthopaedics, Inc.<br>6115 Powers Boulevard #100<br>Parma, OH 44129<br>   (10-1) services rendered | 000010 | 441.57 | 0.29 |
| ---------- Remittance Total ---------------- | | 13,025.78 | 8.44 |

SHELDON STEIN, BANKRUPTCY TRUSTEE

FILED 2010 DEC -9 PM 1:42
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND